| | |
|---|---|
| DERRICK ALLEN MARTIN, ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00218 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JOHN HIGGINS, ) | By Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1); and

2. The plaintiff's motion to proceed in forma pauperis shall be and hereby is **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant, if known.

ENTER: This ___ day of April, 2006.

_____
United States District Judge